No. 16,532.

WALKER *v.* TIMPTE BROS., INC.

(222 P. [2d] 180)

Decided September 5, 1950.

PER CURIAM.

Judgment affirmed en banc without written opinion, Mr. Chief Justice Hilliard not participating.

Messrs. BLICKHAHN & BLICKHAHN, for plaintiff in error.

Mr. RICHARD E. CONOUR, ELIZABETH A. CONOUR, for defendant in error.